|                                    | *     |                          |
| ---------------------------------- | ----- | ------------------------ |
|                                    | *     | IN THE                   |
| ATTORNEY GRIEVANCE                 | *     |                          |
| COMMISSION OF MARYLAND             |       | SUPREME COURT            |
|                                    | *     |                          |
|                                    |       | OF MARYLAND              |
| v.                                 | *     |                          |
|                                    |       | Misc. AG Docket No. 47   |
| HARRY TUN                          | *     |                          |
|                                    |       | September Term, 2022     |
|                                    | *     |                          |

**O R D E R**

Upon consideration of the Joint Petition for Disbarment by Consent filed by Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, Harry Tun, on January 23, 2023, in which the parties advise that by an opinion filed December 22, 2022, the District of Columbia Court of Appeals disbarred the Respondent for violations of the Maryland Attorneys' Rules of Professional Conduct 3.3(a)(1) and 8.4(b), (c), and (d), and the parties agree that the Respondent engaged in misconduct that violates the Maryland Attorneys' Rules of Professional Conduct set forth above and the Respondent consents to disbarment as the appropriate sanction, it is this 24th day of January 2023,

ORDERED, by the Supreme Court of Maryland, that, effective immediately, the Respondent, Harry Tun, is disbarred from the practice of law in the State of Maryland for violation of Rules 3.3(a)(1) and 8.4(b), (c), and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall strike the name of Harry Tun from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

ORDERED that the Show Cause Order issued on January 10, 2023, directing the parties to show cause why corresponding discipline should not be imposed on the Respondent is satisfied.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice